NO. 07-07-0137-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 25, 2007
_____

CAPITOL INDEMNITY CORPORATION, APPELLANT

V.

RONZANI INC., D/B/A RONPARCO, APPELLEE
_____

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY;

NO. 96-214309-05; HONORABLE JEFF WALKER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Capital Indemnity Corporation, appellant, has filed a motion to dismiss this appeal because it has reached a resolution of the present controversy with Ronzani, Inc, appellees. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Because the parties have agreed that each shall be responsible for their own appellate costs, costs of this

appeal shall be borne by the party that incurred them.  <u>See</u> TEX. R. APP. P. 42.1(d), 6.6.

No motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice